Michael Hayes
Name
5 Eagle Drive West
Moriarty NM 87035
Address

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 14 2026

MITCHELL R. ELFERS
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Michael Oshea Hayes , Plaintiff
(Full Name)

CASE NO. __26cv69-JFR__
(To be supplied by the Clerk)

DA - Troy Gray  v.
CyFd - Kimberly Ibarra
Apd - chief of police
        Lt.
Judge Parnell , Defendant(s)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

## A.   JURISDICTION

1)   Michael Oshea Hayes , is a citizen of New Mexico
     (Plaintiff)                                   ( State )
     who presently resides at  5 Eagle Dr. West
                              (Mailing address or place of confinement)
     Moriarty NM 87035 .
                Troy Gray
                Kimberly Ibarro

2)   Defendant _____ is a citizen of
                    (Name of first defendant)
     Bernalillo, albuquerque , and is employed as
                    (City, State)
     DA, CyFd, Apd, Judge . At the time the claim(s)
     ( Position and title, if any)
     alleged in this complaint arose, was this defendant acting under color of state law?
     Yes ☑   No ☐   If your answer is "Yes", briefly explain:

3) Defendant Judge W. Parnell _____ is a citizen of
(Name of second defendant)

ABQ New Mexico _____ , and is employed as
(City, State)

Sitting Judge, warrant signing . At the time the claim(s)
(Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state.
Yes ☑  No ☐    If your answer is "Yes", briefly explain:

(Use the back of this page to furnish the above information for additional defendants.)

4)  Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1)  Briefly state the background of your case. 5 counts on Section IV

1. Fourth and fourteenth Amendment
2. Due Process violations
3. Retaliatory & Selective enforcement
4. Municpal liability (monell)
5. Conspiracy to deprive civil Rights

# C.  CAUSE OF ACTION

1)  I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1)  Count I:  4 + 14 Amendment

(2)  Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

Unlawful investigation, false statements, tainted evidence

B)(1)  Count II:  Due Process violations

(2)  Supporting Facts:  Closed case Reopened without New evidence; Rumor-based prosecution

XE-2 2/78                    -3-

C)(1) Count III: Retaliatory + selective enforcements

(2) Supporting Facts: Cocaine was found positive in child cyfd new did nothing yet asked Michael Hayes to take child + retain costody while they helped me become care giver to support his expulsions from elementary school due to toy gun

## D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☑  No ☐   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit.

Plaintiffs: Michael O. Hayes

Defendants: cyfd cps, lawyer, supervisor

b) Name of court and docket number: CV-2025-6702

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? Still pending

d) Issues raised: Civil violations + no malicious prosecution

XE-2   2/78                           —4—

e) Approximate date of filing lawsuit: _7 · 30 · 25_

f) Approximate date of disposition: _ ᵿ 6\19\26 ?._

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☑  No ☐  If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

50,000 x 3 due to their

Coordinated acts among ~~APD~~ , cyfd, DA.
                        Apd

cyfd - Retaliatory + selective enforcements

### E.    REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Declaratory Relief
Injunctive relief
Suppression findings
Compensatory damages
Cost and attorney fees

_____          _____
Signature of Attorney (if any)          Signature of Petitioner

Attorney's full address and telephone
number.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.


Executed at   U.S. District Courts          on  Jan 14          20 26
               (Location)                            (Date)

                                 _____
                                          (Signature)

XE-2   2/78                      - 6 -